IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUL 25  P 5: 38

CLERK'S OFFICE
AT BALTIMORE

BY ___ DEPUTY

| | |
|---|---|
| BLUE RIDER FINANCE, INC.,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 11-cv-3101-ELH |
| HARBOR BANK OF MARYLAND, et al.,<br>Defendants. | )<br>)<br>)<br>) |

## ORDER AMENDING SCHEDULE

Upon consideration of the "Joint Motion to Amend Schedule" filed by the parties in this action, it is this 25th day of July, 2013, hereby ORDERED:

1. That the motion is hereby GRANTED.

2. That the current schedule in this case is amended and the following dates are now controlling:

| | |
|---|---|
| August 19, 2013 | Plaintiff's Rule 26(a)(2) disclosures |
| October 7, 2013 | Defendants' Rule 26(a)(2) disclosures |
| October 28, 2013 | Plaintiff's rebuttal 26(a)(2) disclosures |
| November 15, 2013 | Rules 26(e)(2) supplementation of disclosures and responses |
| November 29, 2013 | Discovery deadline; submission of status report |
| December 6, 2013 | Requests for admission |
| December 31, 2013 | Dispositive pretrial motions deadline |

_____
Judge Ellen L. Hollander
United States District Court for the District of Maryland

6944082-v1